UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : BANKRUPTCY NO. 06-11440 |
| | : CHAPTER 13 |
| RODERICK DAVID PALMER and | : |
| SHIRLEY ANN PALMER, DEBTORS | : |
| | : |
| RODERICK DAVID PALMER and | : DOCUMENT NO. 54 |
| SHIRLEY ANN PALMER, Movants | : |
| | : |
| vs. | : |
| RONDA J. WINNECOUR, ESQ., | : |
| TRUSTEE, Respondent | : |

## MEMORANDUM

Dennis G. Kuftic, Esq., will be approved as special counsel only if he agrees that his contingent fee will be 33 1/3% in event of settlement or trial, and 40% if an appeal to an appellate court is undertaken.

Dated: January 6th, 2009

Warren W. Bentz
United States Bankruptcy Judge

**FILED**

JAN 5 2009

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA
ERIE OFFICE